Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-08-00401-007 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO EXONERATE BOND |
| ) | |
| TIEN LE ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, Tien Le, through his counsel of record, Alex C. Park, Esq. and approved by Plaintiff, United States of America, through counsel of record, United States Attorney David Callaway, this stipulation and proposed order to exonerate the bond is hereby submitted.

WHEREAS, on November 10, 2010 the Judgment In A Criminal Case

TIEN LE – STIPULATION AND [PROPOSED] ORDER

1

was signed by the Honorable Jeremy Fogel, and filed on November 15, 2010 in this matter against Defendant Tien Le;

WHEREAS, a bond was ordered in this case for conditions of release of Defendant Tien Le on June 17, 2008 and secured by real property on June 17, 2008, Receipt No. 54611003392;

WHEREAS, Defendant Tien Le entered a plea in this matter and has now been sentenced;

WHEREAS, there is no longer a need for a bond to be held for the release of Defendant Tien Le in this matter; and

NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully stipulate as follows:

1. The bond ordered on June 17, 2008 setting conditions for the release of Defendant Tien Le in this matter is exonerated;

2. The security for the bond ordered on June 17, 2008 in this matter may be released.

//

//

//

//

//

TIEN LE – STIPULATION AND [PROPOSED] ORDER
2

Respectfully submitted,

          LAW OFFICE OF ALEX C. PARK

Dated: January 10, 2011          /s/
          ALEX C. PARK
          Attorney for Defendant


          MELINDA HAAG
          United States Attorney

Dated: January 10, 2011          /s/
          DAVID CALLAWAY
          U.S. Attorney
          Attorneys for Plaintiff

**ORDER**

For good cause shown above,

IT IS SO ORDERED.
Dated: 1/31/11

          THE HON. JEREMY FOGEL
          UNITED STATES DISTRICT JUDGE

TIEN LE – STIPULATION AND [PROPOSED] ORDER

3